(127 So. 500)

### Dick McMILLAN v. STATE.
### 6 Div. 601.

Supreme Court of Alabama.
March 27, 1930.

Windham & Countryman, of Birmingham, for petitioner.

Charlie C. McCall, Atty. Gen., for the State.

**PER CURIAM.**

Petition of Dick McMillan for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in McMillan v. State, 127 So. 499.

Writ denied.

ANDERSON, C. J., and SAYRE, BROWN, and FOSTER, JJ., concur.